209 So.2d 39

### Cleveland SCALLION

v.

### Albert BORNE and Employers Liability Assurance Corporation Limited.

No. 49181.

April 19, 1968.

In re: Cleveland Scallion applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 207 So.2d 267.

Writ refused. There appears no error of law in the judgment of the Court of Appeal.

■

209 So.2d 39

### Christell WATTS, individually and as natural tutrix of the minor, Betty Jean Watts

v.

### The TOWN OF HOMER et al.

No. 49175.

April 19, 1968.

In re: Christell Watts, individually and .as natural tutrix of the minor, Betty Jean Watts, applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Caddo. 207 So.2d 844.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.